# Court of Appeals
# of the State of Georgia

ATLANTA,___April 20, 2016___

*The Court of Appeals hereby passes the following order:*

## A16A1073. VERNON EARL BOYD v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.

This case began as a dispossessory action in magistrate court. Following an adverse ruling, defendant Vernon Boyd filed a motion to set aside the dispossessory judgment, which the magistrate court denied. Boyd appealed the magistrate court's decision to superior court. The superior court dismissed Boyd's appeal and be filed this direct appeal, seeking review before this Court. We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Because Boyd did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,___04/20/2016___
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*